# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Betty J. Martin <br> *Plaintiff* <br> v. <br> Commissioner of Social Security Administration <br> *Defendant* | Civil Action No. 6:08-cv-3006-DNC |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:   It is ordered that the Commissioner's decision is reversed under sentence four of 42 U.S.C. §405(g), with a remand of the cause to the Commissioner for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge   David C. Norton   on the record _____ .

Date:   March 9, 2010

*CLERK OF COURT*

s/Ashley Stewart, Deputy Clerk

_____

*Signature of Clerk or Deputy Clerk*